September 21, 2019

U.S. DISTRICT COURT
DISTRICT OF NH

2019 SEP 23  AM 11: 27

FILED

Clerk
US District Court
55 Pleasant Street, Room 110
Concord, NH  03301-3941

Dear Clerk of the Court:

Enclosed you will find my materials for a civil lawsuit.  Included is:

1. A credit card authorization for the $400 payment of the court filing fee
2. A civil cover sheet
3. Three summonses (one for each defendant)
4. Two copies of my complaint (one for the court, one to be stamped and returned)

Please assign a judge and case number for this matter, stamp the summonses to be served on the defendants, and return one stamped copy of my complaint with the summonses to:

   Travis Jared Park
   13918 E Mississippi Ave. #152
   Aurora, CO  80012

Sincerely,

*Travis J. Park*

Travis Jared Park
13918 E Mississippi Ave. #152
Aurora, CO  80012
tjcpe@protonmail.com
(720) 737-3215