

7019 0140 0000 9037 9561

# PRIORITY
# MAIL ★

**DATE OF DELIVERY SPECIFIED***

**USPS TRACKING™ INCLUDED***

**INSURANCE INCLUDED***

**PICKUP AVAILABLE**

* Domestic only

N USED INTERNATIONALLY,
CUSTOMS DECLARATION
BEL MAY BE REQUIRED.

RETURN RECEIPT
REQUESTED



30000 1000014

**EP14F July 2013**
**OD: 12.5 x 9.5**

UNITED STATES
POSTAL SERVICE

1006          03301     R2304N117847-31

# $13.65

**FROM:** Travis Park
13918 E. Mississippi Ave #152
Aurora, CO 80012

**TO:** Clerk
US District Court
55 Pleasant St., Room 110
Concord, NH 03301-3941

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

