UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Travis Jared Park, Pro Se )<br>)<br>    v. )<br>)<br>Scott Bailey (in his official capacity )<br>   as Special Agent of the FBI), )<br>Christopher Wagner (in his official capacity )<br>   as head of the State of New Hampshire )<br>   Police), and )<br>Steven Russo (in his official capacity )<br>   as head of the City of Keene Police) ) | Civil No. 1:19-cv-991-LM |

## APPEARANCE

Please enter my appearance as counsel for the Defendant, Christopher Wagner, in his official capacity as head of the State of New Hampshire Police, in the above-captioned case.

                                                Respectfully submitted,

                                                CHRISTOPHER WAGNER, IN HIS
                                                OFFICIAL CAPACITY AS HEAD OF
                                                THE STATE OF HAMPSHIRE POLICE

                                                By his attorney,

                                                GORDON J. MACDONALD
                                                ATTORNEY GENERAL

Date:  October 28, 2019                   /s/ Allison B. Greenstein
                                                Allison B. Greenstein, NH Bar No. 265364
                                                Assistant Attorney General
                                                New Hampshire Attorney General's Office
                                                33 Capitol Street
                                                Concord, New Hampshire 03301-6397
                                                Telephone:  (603) 271-3675
                                                Email:  allison.greenstein@doj.nh.gov

## Certificate of Service

      I certify that a copy of the foregoing Appearance was mailed this 28th day of October, 2019 to:

Travis Jared Park, Pro Se
13918 E Mississippi Ave #152
Aurora, CO 80012

Scott Bailey
Federal Bureau of Investigation
201 Maple Street
Chelsea, MA 02150

Steven Russo
City of Keene Police Department
400 Marlboro Street
Keene, NH 03431

October 28, 2019                                          /s/ Allison B. Greenstein
                                                                        Allison B. Greenstein