UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| TRAVIS JARED PARK, PRO SE,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT BAILEY (in his official capacity as<br>    a Special Agent of the FBI),<br>CHRISTOPHER WAGNER (in his official<br>    capacity as head of the State of New<br>    Hampshire Police), and<br>STEVEN RUSSO (in his official capacity<br>    as head of the City of Keene Police,<br><br>    Defendants. | Civil Action No.: 1:19-CV-991-LM |

## **DEFENDANT STEVEN RUSSO'S MOTION TO DISMISS**

Defendant Steven Russo by and through his attorneys, Devine, Millimet & Branch, Professional Association, submits this Motion to Dismiss, stating as follows:

Plaintiff Travis Jared Parker has brought a claim against Defendants pursuant to Federal Rules of Criminal Procedure Rule 41(g) to recover his personal property, which Plaintiff alleges Defendants seized on March 20, 2016.[1] Steven Russo moves for dismissal on the basis that N.H. R.S.A. 508:4 applies to Plaintiff's claims against him, and are therefore time barred by the statute of limitations. The factual and legal basis for the relief requested by this Motion is set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Steven Russo respectfully requests that this Honorable Court:

A. Dismiss all claims in the Complaint against Steven Russo with prejudice; and

---

[1] While not relevant to this Motion, Mr. Russo, the City of Keene Police, and the City of Keene do not have, nor have they ever had in their possession, Plaintiff's property.

B.  Award such other and further relief this Court deems just and equitable.

                              Respectfully submitted,

                              STEVEN RUSSO

                              By his Attorneys
                              DEVINE, MILLIMET & BRANCH,
                              PROFESSIONAL ASSOCIATION

Dated:  November 1, 2019      By:*/s/ Ashley R. Theodore*
                              Matthew R. Johnson (Bar #13076)
                              Ashley R. Theodore (Bar # 268090)
                              111 Amherst Street
                              Manchester, NH 03105
                              (603) 669-1000
                              mjohnson@devinemillimet.com
                              atheodore@ devinemillimet.com

## **CERTIFICATE OF SERVICE**

I, Ashley R. Theodore, hereby certify that this day I caused a copy of the foregoing to be transmitted to all counsel of record via the Court's Electronic Case Filing system.

Dated:  November 1, 2019            */s/ Ashley R. Theodore*
                                          Ashley R. Theodore