UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
Plaintiff(s)/United States

      v.                          Case No.  _____

_____
Defendant(s)

**NOTICE OF CHANGE OF ADDRESS**

      Please take notice that _____
has changed the following information contained in the original ECF Registration Form:


Date:_____           /s/_____
                                              _____
                                              _____
                                              _____
                                              _____
                                              _____
                                              _____
                                              _____

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

Date:_____        /s/_____
                                                                                   _____