UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____

TRAVIS JARED PARK, PRO SE,          )
                                    )
          Plaintiff,                )
                                    )
v.                                  )          Civil Action No.: 1:19-CV-991-LM
                                    )
SCOTT BAILEY (in his official capacity as )
     a Special Agent of the FBI),   )
CHRISTOPHER WAGNER (in his official )
     capacity as head of the State of New )
     Hampshire Police), and         )
STEVEN RUSSO (in his official capacity )
     as head of the City of Keene Police, )
                                    )
          Defendants.               )
_____)

## <u>ADDENDUM TO CERTIFICATE OF SERVICE</u>

I, Ashley R. Theodore, hereby certify that on this day I caused a copy of Steven Russo's Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss to be transmitted to Plaintiff via FedEx at the following address:

Travis Jared Park
13918 E Mississippi Ave #152
Aurora, CO 80012

Dated: November 1, 2019          By:*/s/ Ashley R. Theodore*_____
                                    Matthew R. Johnson (Bar #13076)
                                    Ashley R. Theodore (Bar # 268090)
                                    111 Amherst Street
                                    Manchester, NH 03105
                                    (603) 669-1000
                                    mjohnson@devinemillimet.com
                                    atheodore@ devinemillimet.com