AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| TRAVIS JARED PARK, Pro Se <br><br> *Plaintiff(s)* <br> v. <br><br> SCOTT BAILEY (in his official capacity), <br> CHRISTOPHER WAGNER (in his official capacity), <br> STEVEN RUSSO (in his official capacity) <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-991-LM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SCOTT BAILEY (in his official capacity as Special Agent of the FBI)
FEDERAL BUREAU OF INVESTIGATION
201 MAPLE STREET
CHELSEA, MA  02150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    TRAVIS JARED PARK (Pro se)
    13918 E MISSISSIPPI AVE #152
    AURORA, CO  80012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/26/2019

with ECF Notice attached.

DANIEL J. LYNCH, Clerk

By: /s/ Megan Cahill, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-991-LM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Bailey
was received by me on *(date)* 10-8-2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Mailed to Scott Bailey, FBI, 201 Maple St., Chelsea, MA 02150 via certified mail 7019 0140 0000 9039 0368.

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 10-10-2019

Calin Gibson
*Server's signature*

Calin Gibson, Process Server
*Printed name and title*

312 E. High St., Manchester, NH 03104
*Server's address*

Additional information regarding attempted service, etc:

Case 1:19-cv-00991-LM Document 2 Filed 09/26/19 Page 1 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| TRAVIS JARED PARK, Pro Se <br><br> *Plaintiff(s)* <br> v. <br><br> SCOTT BAILEY (in his official capacity), <br> CHRISTOPHER WAGNER (in his official capacity), <br> STEVEN RUSSO (in his official capacity) <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-991-LM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SCOTT BAILEY (in his official capacity as Special Agent of the FBI)
FEDERAL BUREAU OF INVESTIGATION
201 MAPLE STREET
CHELSEA, MA  02150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TRAVIS JARED PARK (Pro se)
13918 E MISSISSIPPI AVE #152
AURORA, CO  80012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/26/2019

**with ECF Notice attached.**

CLERK OF COURT

DANIEL LYNCH, Clerk

By /s/ Megan Cahill, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-991-LM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Bailey
was received by me on *(date)* 10-8-2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Mailed to United States Attorney's office, 53 Pleasant St., 4th Floor, Concord NH 03301 via certified mail 7019 0140 0000 9039 0351.

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 10-10-2019

_____
Server's signature

Colin Gibson, Process Server
Printed name and title

312 E. High St., Manchester, NH 03104
Server's address

Additional information regarding attempted service, etc:

Case 1:19-cv-00991-LM Document 2 Filed 09/26/19 Page 1 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| TRAVIS JARED PARK, Pro Se <br><br> *Plaintiff(s)* <br> v. <br> SCOTT BAILEY (in his official capacity), <br> CHRISTOPHER WAGNER (in his official capacity), <br> STEVEN RUSSO (in his official capacity) <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-991-LM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SCOTT BAILEY (in his official capacity as Special Agent of the FBI)
FEDERAL BUREAU OF INVESTIGATION
201 MAPLE STREET
CHELSEA, MA 02150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TRAVIS JARED PARK (Pro se)
13918 E MISSISSIPPI AVE #152
AURORA, CO 80012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/26/2019

with ECF Notice attached.

DANIEL LYNCH, Clerk

By: Megan Cahill, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-991-LM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Bailey
was received by me on *(date)* 10-8-2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Mailed to Attorney General, US Dept. of Justice, 950 Pennsylvania Ave., NW Washington, DC 20530-0001 via certified mail 7019 0140 0000 9039 0344.

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 10-10-2019

_Colin Gibson_
Server's signature

Colin Gibson, Process Server
Printed name and title

312 E. High St., Manchester, NH 03104
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| TRAVIS JARED PARK, Pro Se <br><br> *Plaintiff(s)* <br> v. <br><br> SCOTT BAILEY (in his official capacity), <br> CHRISTOPHER WAGNER (in his official capacity), <br> STEVEN RUSSO (in his official capacity) <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-991-LM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTOPHER WAGNER (in his official capacity as head of the State of New Hampshire Police)
JAMES H. HAYES SAFETY BUILDING
33 HAZEN DRIVE
CONCORD, NH 03305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TRAVIS JARED PARK (Pro se)
13918 E MISSISSIPPI AVE #152
AURORA, CO 80012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/26/2019

**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By: /s/ Megan Cahill, Deputy Clerk

Sep 26, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-991-LM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Christopher Wagner**
was received by me on *(date)* **10-8-2019** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **c/o Matthew Shapino**, who is
designated by law to accept service of process on behalf of *(name of organization)*
**NH State Police** on *(date)* **10-10-19** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **50.00** for travel and $ **50.00** for services, for a total of $ **100.00** .

I declare under penalty of perjury that this information is true.

Date: **10-10-2019**

*[signature]*
Server's signature

**Colin Gibson, Process Server**
Printed name and title

**312 E. High St., Manchester, NH 03104**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| TRAVIS JARED PARK, Pro Se <br><br> *Plaintiff(s)* <br> v. <br><br> SCOTT BAILEY (in his official capacity), <br> CHRISTOPHER WAGNER (in his official capacity), <br> STEVEN RUSSO (in his official capacity) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-991-LM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STEVEN RUSSO (in his official capacity as head of the City of Keene Police)
KEENE POLICE DEPARTMENT
400 MARLBORO STREET
KEENE, NH 03431


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
TRAVIS JARED PARK (Pro se)
13918 E MISSISSIPPI AVE #152
AURORA, CO 80012


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 9/26/2019

with ECF Notice attached.

DANIEL J. LYNCH, Clerk

By: /s/ Megan Cahill, Deputy Clerk

Sep 26 2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-991-LM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Steven Russo
was received by me on *(date)* 10-8-2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Was left with Lt. Steve Tenney of Keene PD.

My fees are $ 50.00 for travel and $ 50.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 10-14-2019

*Server's signature*

Colin Gibson, Process Server
*Printed name and title*

312 E. High St., Manchester, NH 03104
*Server's address*

Additional information regarding attempted service, etc:

October 21, 2019



U.S. DISTRICT COURT
DISTRICT OF NH

2019 OCT 25  AM 10: 18

Clerk
US District Court
55 Pleasant Street, Room 110
Concord, NH  03301-3941

Dear Clerk of the Court:

Enclosed are the returned summonses for case 1:19-CV-991-LM.  Please enter them into the court record.

Sincerely,

*Travis J. Park*
Travis Jared Park
13918 E Mississippi Ave. #152
Aurora, CO  80012
tjcpe@protonmail.com
(720) 737-3215

Clerk
US District Court
55 Pleasant St., Room 110
Concord, NH 03301-3941



Travis Park
13918 E. Mississippi Ave #152
Aurora, CO 80012

