USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Travis Jared Park, Pro Se </br> *Plaintiff* </br> v. </br> Scott Bailey, Christopher Wagner and Steven Rus </br> *Defendant* | Case No.   1:19-cv-991-LM |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steven Russo (in his offical capacity as head of City of Keene Police)

Date:   11/05/2019

/s/ Matthew R. Johnson, Esquire
*Attorney's signature*

Matthew R. Johnson   13076
*Printed name and bar number*

Devine Millimet & Branch
111 Amherst Street
Manchester, NH 03101

*Address*

mjohnson@devinemillimet.com
*E-mail address*

(603) 669-1000
*Telephone number*

*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
 Scott Bailey
 Christopher Wagner

Conventionally Served:
 Travis Jared Park

| 11/05/2019 | /s/ Matthew R. Johnson, Esquire |
|---|---|
| Date | Signature |