UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| TRAVIS JARED PARK, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-991-LM |
| ) | |
| SCOTT BAILEY, in his official capacity as ) | |
| Special Agent of the FBI, et al., ) | |
| ) | |
|     Defendants. ) | |
|                                          ) | |

ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD
TO JANUARY 9, 2020

      Pursuant to Rule 7.2 of the Local Rules of the United States District Court for the District of New Hampshire, Defendant Bailey moves this Court for an extension of time to answer, or otherwise plead, to Plaintiff's Complaint to January 9, 2020. In support of this motion, Defendant Bailey states as follows:

      1.      On October 11, 2019, the United States Attorney for the District of New Hampshire was served with this equity action seeking the return of property seized pursuant to a search warrant. Defendant's response to the complaint is due December 10, 2019.

      2.      Plaintiff's complaint fails to identify which personal property he wishes returned to him. As a result, Defendant is unable to file an informed response to the complaint. The parties are engaged in an attempt to identify the subject property and potentially resolve this case without the necessity of further litigation.

3. Defendant hopes to be in possession of the information needed to determine whether the claimed property can be returned to Plaintiff or otherwise respond to the complaint by January 9, 2020.

4. Granting of this motion will not result in the continuance of any hearing, trial or conference in this matter.

5. Plaintiff concurs in the requested extension of time.  Due to the nature of the motion, no supporting memorandum of law is required.

Therefore, Defendant Bailey requests that the Court extend the time within which he has to respond to Plaintiff's complaint to January 9, 2020.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

By: /s/ Michael McCormack
Michael McCormack
Assistant U.S. Attorney, NH Bar No. 16470
U.S. Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH  03301
603-225-1552

Dated:  December 6, 2019    michael.mccormack2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2019, a copy of the above motion was served via first class, postage prepaid mail to pro se plaintiff Travis Jared Park, at 13918 E. Mississippi Avenue, #152, Aurora, CO 80012.

/s/ Michael T. McCormack
_____
Michael T. McCormack, AUSA