U.S. DISTRICT COURT
DISTRICT OF NH

2019 DEC -9 PM 12:04

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

TRAVIS JARED PARK, Pro Se           )
                                     )
    Plaintiff                        )
                                     )
v.                                   )
                                     )
SCOTT BAILEY (in his official capacity )
    as Special Agent of the FBI),    )   Case No: 1:19-CV-991-LM
CHRISTOPHER WAGNER (in his official )
    capacity as head of the State of New )
    Hampshire Police), and           )
STEVEN RUSSO (in his official capacity )
    as head of the City of Keene Police) )
                                     )
    Defendants                       )

## MOTION TO DIMISS CHRISTOPHER WAGNER AND STEVE RUSSO

Come now the plaintiff, TRAVIS JARED PARK, appearing pro se and residing at 13918 E Mississippi Ave #152 in Aurora, Colorado, and does bring this motion to dismiss defendants Christopher Wagner and Steve Russo with prejudice from this suit. After speaking with defendants' counsel, it has been determined that the relief sought in this suit would be ineffective when applied to the aforementioned defendants. Therefore the plaintiff prays the court will grant the attached order for dismissal.

## CERTIFICATE OF SERVICE

    I, Travis Jared Park, hereby certify that this day I caused a copy of the foregoing to be transmitted to all counsel of record via the US Postal Service Certified mail.

December 4, 2019

*Travis J. Park (Pro Se)*
Signed Travis J. Park