UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| TRAVIS JARED PARK, Pro Se )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>SCOTT BAILEY (in his official capacity )<br>    as Special Agent of the FBI), )<br>CHRISTOPHER WAGNER (in his official )<br>    capacity as head of the State of New )<br>    Hampshire Police), and )<br>STEVEN RUSSO (in his official capacity )<br>    as head of the City of Keene Police) )<br>)<br>    Defendants ) | Case No: 1:19-CV-991-LM |

**ORDER TO DISMISS CHIRISTOPHER WAGNER AND STEVE RUSSO**

On motion of the plaintiff, the court finds good cause to dismiss the aforementioned defendants from this suit with prejudice. **SO ORDERED.**

_____     _____
Date                                                                Judge's Signature