UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| TRAVIS JARED PARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT BAILEY, in his official capacity as )<br>Special Agent of the FBI, et al., )<br>)<br>Defendants. )<br>_____) | No. 1:19-cv-991-LM |

ASSENTED-TO MOTION TO CONTINUE PRETRIAL CONFERENCE
AND RELATED DEADLINES FOR 60 DAYS

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of New Hampshire, Defendant Bailey moves this Court to continue the February 25, 2020 pretrial conference and related discovery plan deadlines for 60 days. In support of this motion, Defendant Bailey states as follows:

1. Plaintiff filed this equity action seeking the return of property seized pursuant to a search warrant on September 23, 2019. Document Number (DN) 1. Defendant Bailey answered on January 9, 2020. DN 16. A pretrial conference is scheduled for February 25, 2020 at 10:00 a.m., and the corresponding discovery plan meeting and deadlines have been set. *See* Notice of Pretrial Conference dated January 15, 2020.

2. The parties are actively working to resolve this matter without further assistance of the Court. Plaintiff has been able to identify the property he claims to be his. Once Mr. Park provides adequate ownership documentation and the Federal Bureau of Investigation determines whether the identified property may be released to Mr. Park considering, among other things, whether the media contains contraband or would otherwise interfere with the law enforcement

investigation underlying the seizure, all issues in this litigation may be resolved. The parties expect to be able to resolve Mr. Park's claim within 60 days, obviating the need for further Court intervention.

3. Mr. Park concurs in this motion. No supporting memorandum of law is required.

Therefore, Defendant Bailey requests that the Court continue the February 25, 2020 pretrial conference and corresponding discovery plan deadlines for 60 days.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

By: /s/ Michael McCormack
Michael McCormack
Assistant U.S. Attorney, NH Bar No. 16470
U.S. Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552

Dated: January 28, 2020    michael.mccormack2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2020, a copy of the above motion was served via first class, postage prepaid mail to pro se plaintiff Travis Jared Park, at 13918 E. Mississippi Avenue, #152, Aurora, CO 80012.

/s/ Michael T. McCormack
_____
Michael T. McCormack, AUSA