UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

TRAVIS JARED PARK,                )
                                  )
    Plaintiff,               )
                                  )
v.                                )     No. 1:19-cv-991-LM
                                  )
SCOTT BAILEY, in his official capacity as )
Special Agent of the FBI, et al., )
                                  )
    Defendants.              )
_____)

ASSENTED-TO MOTION TO CONTINUE PRETRIAL CONFERENCE
AND RELATED DEADLINES FOR 60 DAYS

    Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of New Hampshire, Defendant Bailey moves this Court to continue the May 5, 2020 pretrial conference and related discovery plan deadlines for 60 days. In support of this motion, Defendant Bailey states as follows:

    1.    Plaintiff filed this equity action seeking the return of property seized pursuant to a search warrant on September 23, 2019. Document Number (DN) 1. Defendant Bailey answered on January 9, 2020. DN 16. A pretrial conference is scheduled for May 5, 2020 at 10:30 a.m., and the corresponding discovery plan meeting and deadlines have been set. *See* Endorsed Order dated January 29, 2020.

    2.    The parties are actively working to resolve this matter without further assistance of the Court. Plaintiff has been able to identify the property he claims to be his. The Federal Bureau of Investigation has agreed to return Mr. Park's property to him, which the parties believe should resolve all issues in this litigation. The parties expect to be able to resolve Mr. Park's claim within 60 days, obviating the need for further Court intervention.

3.      Mr. Park concurs in this motion. No supporting memorandum of law is required.

Therefore, Defendant Bailey requests that the Court continue the May 5, 2020 pretrial conference and corresponding discovery plan deadlines for 60 days.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney


By: /s/ Michael McCormack
Michael McCormack
Assistant U.S. Attorney, NH Bar No. 16470
U.S. Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH  03301
603-225-1552

Dated:  April 28, 2020                    michael.mccormack2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2020, a copy of the above motion was served via first class, postage prepaid mail to pro se plaintiff Travis Jared Park, at 13918 E. Mississippi Avenue, #152, Aurora, CO 80012.


/s/ Michael T. McCormack
_____
Michael T. McCormack, AUSA