UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

TRAVIS JARED PARK, )
)
    Plaintiff, )
)
v. ) No. 1:19-cv-991-LM
)
SCOTT BAILEY, in his official capacity as )
Special Agent of the FBI, et al., )
)
    Defendants. )
_____)

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action against Scott Bailey, in his official capacity as Special Agent of the Federal Bureau of Investigation, shall be dismissed, with prejudice, each party to bear its own costs expenses, and fees.

                                      SCOTT W. MURRAY
                                      United States Attorney

| | |
|---|---|
| /s/ Travis Jared Park | By:  /s/ Michael McCormack |
| Travis Jared Park, pro se Plaintiff | Michael McCormack |
| | Assistant U.S. Attorney, NH Bar No. 16470 |
| | U.S. Attorney's Office |
| Dated: June 24, 2020 | 53 Pleasant Street, 4th Floor |
| | Concord, NH   03301 |
| | 603-225-1552 |
| | |
| | Dated:   June 24, 2020 |

CERTIFICATE OF SERVICE

  I hereby certify that on this 25th day of June, 2020, a copy of the foregoing Stipulation for Dismissal was served via first class, postage prepaid mail to pro se plaintiff Travis Jared Park, at 13918 E. Mississippi Avenue, #152, Aurora, CO 80012.

               /s/ Michael T. McCormack
               _____
               Michael T. McCormack, AUSA